938    CASES REPORTED WITH BRIEF SYLLABI.

In the Matter of WILLIAM BARBOUR, Deceased.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

MOSES LEVINSON and Others v. LEO FINKENBERG and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

R. HENRY GREAVES v. AMERICAN INSTITUTE FOR SCIENTIFIC RESEARCH.— Motion for stay pending appeal from order for examination before trial granted. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

In the Matter of WILLIAM F. RANDEL, an Attorney.— Motion denied. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

---

## SECOND DEPARTMENT, FEBRUARY, 1919.

LYDIA E. GILMORE, Respondent, v. STUARD HIRSCHMAN, Appellant, and Others, Defendants. PHŒBE A. IJAMS, Respondent.— Motion to resettle order granted to the extent of inserting the words "and interest" after the sum therein specified. Otherwise motion denied, without costs. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

In the Matter of the Probate of Heirship of JOHN BUTLER, Deceased. WILLIAM H. BUTLER, Appellant; JOHN JOHNSON BUTLER and CHARLES H. BANKS, Special Guardian, etc., Respondents.— Motion denied, without costs. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

In the Matter of Acquiring Title by the CITY OF NEW YORK to Certain Lands and Premises Situate in the Block Bounded by Driggs Avenue, North Fourth Street, Roebling Street and North Fifth Street, Borough of Brooklyn, as a Site for School Purposes.— Motion granted, without costs. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

LAURENCE COLLINS, Suing on His Own Behalf and on Behalf of Any and All Creditors of SHORE ACRES REALTY COMPANY, a Corporation, etc., Respondent, v. SHORE ACRES REALTY COMPANY, a Corporation, Defendant. THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the ground that no reason is shown for restraining or preventing the foreclosure of the appellant's mortgage. That the real estate market is dull affords no reason for enjoining plaintiff from selling his collateral. The cases cited relate to the illegal disposition of the funds or property of the corporation. Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ., concurred.

JOHN F. COUCH, as Sole Surviving Executor, etc., of WILLIAM J. KRAUSI, Deceased, Appellant, v. ELIZABETH J. YOUNG and Others, Respondents.— Judgment affirmed, with costs to each of the respondents payable out of the estate. No opinion. Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concurred.